1  Joshua R. Furman, Bar No. 225461
   jrf@furmanlawyers.com
2  JOSHUA R. FURMAN LAW CORPORATION
   10940 Wilshire Boulevard, 18th Floor
3  Los Angeles, California  90024
   Telephone:  (310) 295-0404
4  Facsimile:  (310) 295-0405

5  *Attorney for Plaintiffs,*
   DALE EGELHOFF & LAURIE EGELHOFF

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓
JS-2/JS-3 _____
Scan Only _____

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 DALE EGELHOFF, LAURIE          CASE NO.  12-cv-4745-RGK (DTBx)
   EGELHOFF,
12                                [PROPOSED] JUDGMENT
            Plaintiffs,
13
       v.
14
   PACIFIC LIGHTWAVE, A
15 CALIFORNIA CORPORATION;
   COVE ELECTRIC, INC., a
16 California corporation; SIMON
   BOJKOVSKY, an individual;
17 ALLISON BOJKOVSKY, an
   individual; and DOES 1–10,
18 inclusive,

19          Defendants.

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

2    Pursuant to the jury verdict rendered in this matter July 12, 2013:

3         1.    Plaintiff DALE EGELHOFF is awarded final judgment against

4    Defendant PACIFIC LIGHTWAVE, A CALIFORNIA CORPORATION in the

5    amount of $~~104,994.23~~ 106,494.23, plus costs as prevailing party.

6         2.    Plaintiffs DALE EGELHOFF and LAURIE EGELHOFF are

7    awarded nothing against Defendants SIMON BOJKOVSKY and ALLISON

8    BOJKOVSKY.

9

10        IT IS SO ORDERED.

11

12   Date: SEP 1 3 2013 _____

                                   _____
13                                 Hon. R. Gary Klausner
                                   Judge of the U.S. District Court
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28