Joshua R. Furman, Bar No. 225461
jrf@furmanlawyers.com
JOSHUA R. FURMAN LAW CORPORATION
15260 Ventura Boulevard, Suite 2250
Sherman Oaks, California  91403
Telephone:  (818) 646-4300
Facsimile:   (818) 646-4301

*Attorney for Plaintiffs,*
DALE EGELHOFF & LAURIE EGELHOFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE EGELHOFF, LAURIE EGELHOFF,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC LIGHTWAVE, A CALIFORNIA CORPORATION; COVE ELECTRIC, INC., a California corporation; SIMON BOJKOVSKY, an individual; ALLISON BOJKOVSKY, an individual; and DOES 1–10, inclusive,<br><br>Defendants. | **CASE NO.  12-cv-4745-RGK (DTBx)**<br><br>**[PROPOSED] AMENDED JUDGMENT** |

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

2    Pursuant to the jury verdict rendered in this matter July 12, 2013, and Plaintiff DALE EGELHOFF'S subsequent motions for attorneys' fees and prejudgment interest:

3    1.   Plaintiff DALE EGELHOFF is awarded final judgment against Defendant PACIFIC LIGHTWAVE, A CALIFORNIA CORPORATION in the amount of $151,836.40, consisting of:

      A.   Damages as found by the jury of $106,494.23;

      B.   Attorneys' fees of $20,150.00; and

      C.   Prejudgment interest of $25,192.17.

2.   Plaintiffs DALE EGELHOFF and LAURIE EGELHOFF are awarded nothing against Defendants SIMON BOJKOVSKY and ALLISON BOJKOVSKY.

IT IS SO ORDERED.

Date: March 31, 2014

_____
Hon. R. Gary Klausner
Judge of the U.S. District Court